

| The Hon. Sylvia O. Hinds-Radix<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **MARTHA NIMMER**<br>*Special Assistant Corporation Counsel*<br>Cell: (917) 499-8632 |
|---|---|---|

May 18, 2022

**VIA ECF**
Hon. James L. Cott
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

    Re: *N.G. v. N.Y.C. Dep't of Education*, 21-cv-8488 (PGG)(JLC)

Dear Magistrate Cott:

    I am a Special Assistant Corporation Counsel in the office of Corporation Counsel, the Hon. Sylvia O. Hinds-Radix, attorney for Defendant in the above-referenced action, wherein Plaintiffs seeks solely attorneys' fees, costs and expenses for legal work on an administrative hearing under the Individuals with Disabilities Education Act ("IDEA"), 20 U.S.C. §1400, *et seq.*, as well as for this action.

    In accordance with Your Honor's April 18, 2022 Order (ECF No. 21), the parties write jointly to provide the Court with three mutually agreed upon dates for a settlement conference:

    -June 6, 2022
    -June 27, 2022
    -July 1, 2022

    Thank you for considering this request.

        Respectfully submitted,

/s/
Martha Nimmer
Special Assistant Corporation Counsel

cc: Justin Coretti, Esq. (via ECF)