**CUDDY LAW FIRM, PLLC**
SPECIAL EDUCATION AND SPECIAL NEEDS PLANNING ATTORNEYS

AUBURN OFFICE

ANDREW CUDDY
MANAGING ATTORNEY
ACUDDY@CUDDYLAWFIRM.COM
DIRECT DIAL 315-370-2404

JUSTIN CORETTI
ASSOCIATE ATTORNEY
JCORETTI@CUDDYLAWFIRM.COM
DIRECTDIAL 315-370-1042

June 24, 2022

Hon. Paul G. Gardephe
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re: N.G., individually and on behalf of M.F., a child with a disability v. New York City Department of Education
Case No. 1:21-cv-08488 (PGG)(JLC)

Dear Judge Gardephe,

Per the June 16, 2022, the parties are to submit a proposed briefing schedule to your Court today. The Plaintiff respectfully requests a one-week extension on the proposed briefing schedule; the Defendant consents to such request. This is the Plaintiff's first request for an extension.

Thank you for your time and consideration.

Respectfully,

s/ Justin M. Coretti

CC: Martha Nimmer, attorney for Defendant
Via ECF

**MEMO ENDORSED**
The Application is granted.
SO ORDERED:

Paul S. Gardephe

Paul G. Gardephe, U.S.D.J.
Dated: June 29, 2022