UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| N.G., individually and on behalf of M.F., a child with a disability,<br><br>     Plaintiff,<br> -against-<br><br>NEW YORK CITY DEPARTMENT OF EDUCATION,<br><br>     Defendant. | **ORDER**<br><br>21 Civ. 8488 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

  The briefing schedule for Plaintiff's motion for attorneys' fees is as follows:

  Plaintiff's submission is due February 16, 2023;

  Defendant's opposition is due March 2, 2023;

  Plaintiff's reply is due March 9, 2023.

Dated: New York, New York
   February 2, 2023

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge