**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
N.G., individually and on behalf of M.F., a
child with a disability,

                              Plaintiff,                      21 **CIVIL** 8488 (PGG)(JLC)

        -against-                                 **JUDGMENT**

NEW YORK CITY DEPARTMENT OF
EDUCATION,

                              Defendant.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 30, 2025, Judge Cott's R&R (Dkt. No. 81) is adopted except as to the hourly rate for Paralegals Woodard, Bunnell, and Pinchak, as to which the Court has applied a billing rate of $125 per hour. Plaintiffs are awarded $14,405.00 in attorneys' fees for the administrative matter, $10,351.88 in attorneys' fees for the instant federal action, $418.04 in costs, and post-judgment interest pursuant to 28 U.S.C. § 1961; accordingly, the case is closed.

**Dated:**  New York, New York
            September 30, 2025

                                                **TAMMI M. HELLWIG**
                                                  **Clerk of Court**

                              **BY:**       *K. Mango*

                                                  **Deputy Clerk**